In the Matter of the Application of CARROLL F. SMITH, as Treasurer of the Manhattan State Hospital, Respondent, to Compel the Support and Maintenance at Said Hospital of RACHEL WELLER, an Inmate.

JOSEPH L. WELLER, Appellant.

*Matter of Smith* (*In re Weller*), 143 App. Div. 907, appeal dismissed. (Argued October 2, 1911; decided October 10, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1911, which affirmed an order of the Court of General Sessions of the Peace in the county of New York requiring the appellant herein to pay a certain sum weekly for the maintenance of his wife at the Manhattan State Hospital.

The motion was made upon the ground that the order of affirmance was not appealable of right to the Court of Appeals, and that permission to appeal had not been obtained.

*Selden Bacon* for motion.

*K. Henry Rosenberg* opposed.

Motion granted and appeal dismissed.